UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARGARET R. CHYTRACEK,

      Plaintiff,

v.                           **ORDER**
                              Civil File No. 12-1395 (MJD/SER)

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.

Neut L. Strandemo, Strandemo Sheridan & Dulas, PA, Counsel for Plaintiff.

Ana H. Voss, Assistant United States Attorney, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 12, 2013.  Plaintiff filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Rau dated April 12, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 12, 2013 [Docket No. 13].

2. Plaintiff's Motion for Summary Judgment [Docket No. 6] is **DENIED**.

3. Defendant's Motion for Summary Judgment [Docket No. 9] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  May 31, 2013               s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court