# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MARGARET R. CHYTRACEK,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

**ORDER**
Civil File No. 12-1395 (MJD/SER)

Neut L. Strandemo, Strandemo Sheridan & Dulas, PA, Counsel for Plaintiff.

Ana H. Voss, Assistant United States Attorney, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 12, 2013.  Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a _de novo_ review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Rau dated April 12, 2013.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 12, 2013 [Docket No. 13].

2. Plaintiff's Motion for Summary Judgment [Docket No. 6] is **DENIED**.

3. Defendant's Motion for Summary Judgment [Docket No. 9] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 31, 2013                    s/ Michael J. Davis
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court